**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
VICTOR GONZALEZ, on behalf of Victor M.
Pantaleon Gonzalez,

                Plaintiff,                      22 **CIVIL** 534 (RWL)

       -v-                               **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated August 5, 2022, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, to include an opportunity for a new hearing.

**Dated:**  New York, New York
       August 10, 2022

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**
                          **BY:**        *K. Mango*
                                                               **Deputy Clerk**