```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICTOR GONZALEZ,                                :
                                                :    22-CV-534 (RWL)
                              Plaintiff,        :
                                                :
         - against -                            :    ORDER
                                                :
COMMISSIONER OF SOCIAL SECURITY,                :
                                                :
                              Defendant.        :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff has filed a motion for attorney's fees (Dkt. 21). Any response from the Commissioner shall be filed by November 17, 2022.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 4, 2022
       New York, New York

Copies transmitted this date to all counsel of record.